FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2003
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

CHAD BIGGINS, Bar No. 206922
**BIGGINS & ASSOCIATES**
233 Wilshire Blvd., Suite 400
Santa Monica, CA 90401

Tel: (310)899-3808
Fax: (310)899-3804

Priority
Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3

Attorneys for PLAINTIFFS
MANIJEHR HABIBI,
individually and as Guardian ad Litem
for KARN NANDA aka AMIR NANDA, a minor

ORIGINAL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANIJEHR HABIBI, individually and as Guardian ad Litem for KARN NANDA aka AMIR NANDA, a minor,<br>Plaintiff(s),<br>vs.<br>FISHER PRICE, INC., et al.<br>Defendant(s). | **Case No. SA CV 03-0602 CJC**<br>*Hon. Judge Cormac J. Carney*<br>**STIPULATION AND PROPOSED ORDER SUBSTITUTING TOYS 'R' US-DELAWARE, INC., AS A DEFENDANT IN PLACE OF DOE 1 AND EXTENSION OF TIME TO ADD ADDITIONAL PARTIES**<br>Complaint filed: April 26, 2002 |

**STIPULATION AND PROPOSED ORDER**

1. This is a products' liability case, where the primary allegation is that a product manufactured by Fisher Price caused a minor injuries.

2. On April 7, 2003, the court set a deadline of May 20, 2003, for the plaintiffs to amend the pleadings to add new claims or parties.

3. Plaintiffs intend to add Toys 'R' Us-Delaware, Inc. as a new party, and

ENTER ON ICMS
MAY 23 2003

potentially add other parties, to this lawsuit when they are subsequently discovered. Toys 'R' Us-Delaware, Inc. is a Delaware corporation and its principal place of business is not in the state of California, therefore the joinder of Toys 'R' Us will not divest the court of jurisdiction of this action.

4. Plaintiffs remain ignorant of the exact Toys 'R' Us store where the product was purchased.

5. Plaintiffs have been diligent in that the parties were discussing early settlement, which ultimately failed. Plaintiff did not purchase the product and other than the name "Toys-R-Us," Plaintiff has been unable to ascertain far been unable to determine the location through third party sources, although it was purchased in Southern California. The remainder of the potential defendants cannot reasonably be ascertained by Plaintiffs until sufficient discovery into this matter has been conducted.

6. For these reasons, the parties stipulate to add TOYS 'R' US-DELAWARE, INC. as a defendant in place of DOE 1.

Dated: 5/20/03

Respectfully submitted,

**BIGGINS & ASSOCIATES**

By: ______________________
Chad Biggins
Attorneys for PLAINTIFFS
MANIJEH HABIBI,
individually and as Guardian ad Litem
for KARN NANDA aka AMIR NANDA,
a minor

Dated: 5/20/03

**WILLIAMS, MONTGOMERY & JOHN**

By: ______________________
Edward J. Murphy, Esq.
David E. Kravitz, Esq.
C. Barry Montgomery, Esq.
Attorneys/Co-counsel for Defendant
FISHER PRICE, INC.

**ORDER**

For good cause shown, the Court hereby GRANTS the stipulation to add TOYS 'R' US-DELAWARE, INC. as a Defendant in place of DOE 1 in Plaintiffs' complaint on file in this action.

IT IS SO ORDERED.

Dated: May 21, 2003

______________________
*Hon. Judge Cormac J. Carney*
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 233 Wilshire Blvd., Suite 400, Sant a Monica, California 90401.

On this date, I served the foregoing document(s) described as **STIPULATION & PROPOSED ORDER** upon the parties and in the above action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Dana Alden Fox, Esq.
Lynberg & Watkins
888 S. Figueroa St., 16th Fl.
Los Angeles, CA 90017-5449

tel: 213-624-8700
fax: 213-892-2763

Co-counsel for Defendant Fisher Price, Inc.

Edward J. Murphy, Esq.
David E. Kravitz, Esq.
C. Barry Montgomery, Esq.
Williams, Montgomery & John
20 N. Wacker Dr., Ste 2100
Chicago, IL 60606

tel: 312-443-3200
fax: 312-630-8586

Co-counsel for Defendant Fisher Price, Inc.

_X_ By (MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than (1) day after date of deposit for mailing contained in this affidavit.

___ By (HAND) I cause said documents to be delivered by hand to the above-referenced attorney.

___ By (FEDEX) I cause said documents to be delivered via overnight carrier to the above-referenced address.

___ By (FAX) I cause said documents to be delivered via facsimile before 5:00 p.m. on this date.

Executed on _May 20, 2003_at Santa Monica, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Chad Biggins