Chad Biggins, SBN 206922
Biggins & Associates
233 Wilshire Blvd., Suite 400
Santa Monica, CA 90401
(310)800-3808(tel)
Attorney for Plaintiffs, MANIJEH HABIBI, et al.

**ORIGINAL**

**FILED** NOV 20 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA

**LODGED** NOV 18 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MANIJEH HABIBI, et al.
Plaintiff(s)
v.
FISHER-PRICE, INC., et al.
Defendant(s).

CASE NUMBER
SA CV 03-0602 CJC (RNBx)

SETTLEMENT PROCEDURE SELECTION:
NOTICE, REQUEST AND ORDER

Pursuant to Local Rule 16-14, the parties recommend that the Court approve the following settlement procedure:

☒ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the: ☐ district judge *or* ☒ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: 11-17-03          _Chad Biggins_
                         Attorney For Plaintiff

Dated: _____           _____
                         Attorney For Plaintiff

Dated: 11/17/03          _ED WARD T. MURPHY_
                         Attorney For Defendant

Dated: _____           _____
                         Attorney For Defendant

---

**IT IS SO ORDERED**, the above request is:
☒ APPROVED.
☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

*For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.*

Dated: 11/19/03          _____
                         United States District Judge/Magistrate Judge

cc: Attorney Settlement Officer Panel Coordinator

ADR-01 (05/03)    SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER

ENTER ON ICMS
NOV 20 2003

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 233 Wilshire Blvd., Suite 400, Santa Monica, California 90401.

On this date, I served the foregoing document(s) described as **SETTLEMENT PROCEDURE SELECTION** upon the parties and in the above action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Dana Alden Fox, Esq. | Edward J. Murphy, Esq. |
| Lynberg & Watkins | David E. Kravitz, Esq. |
| 888 S. Figueroa St., 16th Fl. | C. Barry Montgomery, Esq. |
| Los Angeles, CA 90017-5449 | Williams, Montgomery & John |
| | 20 N. Wacker Dr., Ste 2100 |
| | Chicago, IL 60606 |
| tel: 213-624-8700 | tel: 312-443-3200 |
| fax: 213-892-2763 | fax: 312-630-8586 |
| Co-counsel for Defendant Fisher Price, Inc. | Co-counsel for Defendant Fisher Price, Inc. |

__X__ By (MAIL)   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than (1) day after date of deposit for mailing contained in this affidavit.

___ By (HAND)   I cause said documents to be delivered by hand to the above-referenced attorney.

___ By (FEDEX)   I cause said documents to be delivered via overnight carrier to the above-referenced address.

___ By (FAX)   I cause said documents to be delivered via facsimile before 5:00 p.m. on this date.

Executed on _November 17, 2003_ at Santa Monica, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Chad Biggins