```
 1  THE WESTON FIRM
    GREGORY S. WESTON (239944)
 2  JACK FITZGERALD (257370)
 3  888 Turquoise Street
    San Diego, CA 92109
 4  Telephone:  858 488 1672
 5  Facsimile:  480 247 4553
    greg@westonfirm.com
 6  jack@westonfirm.com
 7
    BECK & LEE BUSINESS TRIAL LAWYERS
 8  JARED H. BECK (233743)
 9  ELIZABETH LEE BECK (233742)
    Courthouse Plaza Building
10  28 West Flagler Street, Suite 555
11  Miami, FL 33130
    Telephone:  305 789 0072
12  Facsimile:  786 664 3334
13  jared@beckandlee.com
    elizabeth@beckandlee.com
14
15  Counsel for Plaintiffs
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATS AND DOGS ANIMAL HOSPITAL, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>YELP! INC.,<br>　　　　　　　　　Defendant. | Case No: **CV 10-1340-VBF(SSx)**<br><br>Pleading Type: Class Action<br><br>**CERTIFICATE OF SERVICE**<br><br><u>DEMAND FOR JURY TRIAL</u> |

# CERTIFICATE OF SERVICE

I, Rosalyn Sutton, declare:

1. That I am employed in the County of San Diego, State of California;
2. That I am over the age of 18 years and not a party to this action;
3. That my business address is, 888 Turquoise Street, San Diego, California 92109;
4. That on March 1, 2010, I served

STANDING ORDER FOR THE HON. VALERIE BAKER FAIRBANK

by first-class mail on Defendant Yelp! Inc.'s agent for service at:

706 Mission Street, 7th Floor

San Francisco, CA 94103

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of March, 2010, at San Diego, California.

_____
ROSALYN SUTTON

Respectfully Submitted,

s/Gregory S. Weston
THE WESTON FIRM
Gregory S. Weston
Jack Fitzgerald
888 Turquoise Street
San Diego, CA 92109
Telephone:  858 488 1672
Facsimile:   480 247 4553

BECK & LEE BUSINESS TRIAL LAWYERS
Jared H. Beck
Elizabeth Lee Beck
Courthouse Plaza Building
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone:   305 789 0072
Facsimile:    786 664 3334