COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

COOLEY GODWARD KRONISH LLP
SARAH R. BOOT (253658)
(sboot@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant
YELP! INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE LaPAUSKY d/b/a D'AMES DAY SPA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELP! INC.,<br><br>Defendant. | Case No. 2:10-cv-01578 R-E<br><br>**NOTICE OF RELATED CASES: CASE NO. 2:10-CV-01578-R-E & CASE NO. 2:10-CV-01340 VBF-SS (L.R. 83-1.3)** |
| CATS AND DOGS ANIMAL HOSPITAL, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELP! INC.,<br><br>Defendant. | Case No. 2:10-cv-01340 VBF-SS |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

L.R. 83-1.3 NOTICE OF RELATED CASES
CASE NOS. 2:10-CV-01340 & 01578

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Defendant Yelp! Inc. ("Yelp!") provides notice that the above-captioned cases are related. These cases meet the standard for relatedness because they call for the determination of the same or substantially related or similar questions of law and fact (L.R. 83-1.3.1(b)) and would entail substantial duplication of labor if heard by different judges (L.R. 83-1.3.1(c)). Plaintiff in *Christine LaPausky d/b/a D'ames Day Spa v. Yelp! Inc.*, Case No. 2:10-cv-01578-R-E, has marked the case as related to *Cats and Dogs Animal Hospital, Inc. v. Yelp! Inc.*, Case No. 2:10-cv-01340 VBF-SS on her civil cover sheet attached to her filed complaint.

## BRIEF FACTUAL STATEMENT

*Cats and Dogs Animal Hospital, Inc. v. Yelp! Inc.*, Case No. 2:10-cv-01340 VBF-SS, was filed in this Court on February 23, 2010. *Christine LaPausky d/b/a D'ames Day Spa v. Yelp! Inc.*, Case No. 2:10-cv-01578-R-E, was filed on March 3, 2010. Both of the cases are putative class actions, both involve the same defendant, both present similar factual allegations, both provide an identical putative class, and both allege the same cause of action, namely violation of California's Unfair Competition Law, Business and Professions Code ("UCL") Section 17200 et seq. Indeed, many of the allegations are identical between the two complaints.

In *Cats and Dogs*, Plaintiff Cats and Dogs Animal Hospital, Inc. ("Cats and Dogs") alleges that Yelp! employees stated that if Cats and Dogs purchased Yelp!'s advertising services, Yelp! would hide or remove negative reviews from the Cats and Dogs Yelp.com page. Cats and Dogs alleges that after declining to purchase Yelp!'s advertising services, negative reviews appeared on Cats and Dogs' Yelp.com page. Cats and Dogs also quotes a handful of newspaper articles concerning Yelp!'s business and sales practices related to the effect of advertising on user reviews. Cats and Dogs' sole claim is a claim for violation of UCL § 17200, and it seeks to permanently enjoin Yelp! from engaging in the complained

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

**L.R. 83-1.3 NOTICE OF RELATED CASES**
**CASE NOS. 2:10-CV-01340 & 01578**

of practices and seeks disgorgement of profits, restitution, and attorneys' fees and costs, individually, and on behalf of a nationwide class.

Similarly, in the *LaPausky* case, Plaintiff Christine LaPausky d/b/a D'ames Day Spa ("LaPausky") alleges that after encouraging her customers to leave positive reviews for her salon on Yelp.com, many of those reviews were removed because she declined to purchase Yelp!'s advertising services. LaPausky quotes the same newspaper articles as in the *Cats and Dogs* complaint, alleges the same cause of action (a violation of UCL § 17200), and seeks the same relief, on behalf of herself and an identically defined, putative, nationwide class. LaPausky furthermore marked the case as related to *Cats and Dogs* on her civil cover sheet attached to her complaint.

As noted by Plaintiff in the *LaPausky* case, these cases are clearly related. *First*, Yelp! is the sole defendant in each case. *Second*, many of the allegations are substantially similar and they are literally identical in the following portions of the Complaints: (a) Jurisdiction and Venue; (b) Introduction and Background; (c) the Class Representation Allegations, and (d) the Prayer for Relief. Further, Plaintiffs in both cases allege the same cause of action: violation of UCL Section 17200. *Third*, for these reasons, Yelp!'s witnesses and evidence will almost completely overlap, and the any certified class of plaintiffs is likely to be the same.

Because the cases call for determination of the same or substantially related or similar questions of law and fact and would entail substantial duplication of labor if heard by different judges, Defendant respectfully submits that they are related and should be heard by the same judge.

///
///
///
///
///

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

L.R. 83-1.3 NOTICE OF RELATED CASES
CASE NOS. 2:10-CV-01340 & 01578

1  Dated:     March 11, 2010              COOLEY GODWARD KRONISH LLP
              				          MICHAEL G. RHODES (116127)
2

3
              				          /s/ Michael G. Rhodes
4             				          ──────────────────────────────
              				          Michael G. Rhodes (116127)
              				          Attorneys for Defendant
5             				          YELP! INC.

6

7

8  665742 v4/SD