# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3

Case No. CV 04-831-SVW (SLGx)   Date : December 9, 2005

Title   BRUCE ALAN MORTON v. JIM HALL, ET AL.,

---

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Cynthia Salyer | Xavier Mireles | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Konrad Trope | Kenneth G. Lake |

**Proceedings:**   **DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT (fld 11/08/05)**

The case is called and appearances are made. Court and counsel discuss the motion. The Court Orders Plaintiff to file an Amended Complaint.

Counsel are ordered to file and serve a Motion for Summary Judgment on or before 2/27/06; Opposition is due on or before 3/6/06; reply if any, is due on or before 3/13/06. Hearing on the Motion for Summary Judgment is scheduled for March 20, 2006 at 1:30 p.m.



DOCKETED ON CM

DEC 20 2005

BY _____ 022

Initials of Preparer   S