1  THE WESTON FIRM
2  GREGORY S. WESTON (239944)
   JACK FITZGERALD (257370)
3  888 Turquoise Street
   San Diego, CA 92109
4  Telephone: (858) 488-1672
5  Facsimile: (480) 247-4553
   greg@westonfirm.com
6  jack@westonfirm.com

7  BECK & LEE BUSINESS TRIAL LAWYERS
8  JARED H. BECK (233743)
   ELIZABETH LEE BECK (233742)
9  Courthouse Plaza Building
10 28 West Flagler Street, Suite 555
   Miami, FL 33130
11 Telephone: (305) 789-0072
   Facsimile: (786) 664-3334
12 jared@beckandlee.com
13 elizabeth@beckandlee.com

14 **Attorneys for Plaintiffs and the Proposed Class**

15                      **UNITED STATES DISTRICT COURT**
16                      **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATS AND DOGS ANIMAL HOSPITAL, INC.; ASTRO APPLIANCE SERVICE; BLEEDING HEART, LLC d/b/a BLEEDING HEART BAKERY; CALIFORNIA FURNISHINGS, INC. d/b/a SOFA OUTLET; CELIBRÉ, INC.; J.L. FERRI ENTERTAINMENT, INC. d/b/a ADULT SOCIALS; LE PETITE RETREAT DAY SPA, LLC; SAN FRANCISCO BAY BOAT CRUISES, LLC d/b/a MERMAIDS CRUISE; WAG MY TAIL, INC.; and ZODIAC RESTAURANT GROUP, INC. d/b/a SCION RESTAURANT, on behalf of themselves and all others similarly situated,<br>　　　　　　　　　　　　Plaintiffs,<br>v.<br>YELP! INC.,<br>　　　　　　　　　　　　Defendant. | Case No: 2:10-cv-01340-VBF-SS<br>Pleading Type: Class Action<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: The Hon. Valerie Baker Fairbank<br>Action Filed: February 23, 2010 |

1  I, Evan P. Lee, declare:

2  I am employed in the City and County of San Diego, State of California in the office of a
3  member of the bar of this court at whose discretion the following service was made. I am over
4  the age of eighteen years and not a party to the within action. My business address is The Weston
5  Firm, 888 Turquoise Street, San Diego, California 92109.

6  On **March 16, 2010**, I served the following Documents:

7  1. **First Amended Complaint**

8  2. **Certification and Notice of Interested Parties**

9  by regular **UNITED STATES MAIL**, by placing a true and correct copy in a sealed
10 envelope addressed as shown below. I am readily familiar with the practice of The Weston Firm
11 for collection and processing of correspondence for mailing. According to that practice, items are
12 deposited with the United States Postal Service at San Diego, California on that same day with
13 postage thereon fully prepaid. I am aware that, on motion of the party served, service is
14 presumed invalid if the postal cancellation date or the postage meter date is more than one day
15 after the date of deposit for mailing stated in this affidavit.

16  Michael G. Rhodes
17  Cooley Godward Kronish LLP
    4401 Eastgate Mall
18  San Diego, CA 92121

19  And by **E-MAIL** to all Parties listed for electronic service on the Court's CM/ ECF filing
20 system:

21  Elizabeth Lee Beck: elizabeth@beckandlee.com
    Jared H. Beck: jared@beckandlee.com
22  Gregory S. Weston: greg@westonfirm.com
23  Jack Fitzgerald: jack@westonfirm.com
    Michael G. Rhodes: mrhodes@cooley.com
24

25 Executed on March 16, 2010, in San Diego, California.

26  I declare under penalty of perjury under the laws of the United States and the State of
27 California that the foregoing is true and correct.

28
                                                            _E. P. L._
                                                            Evan P. Lee