1  THE WESTON FIRM
   GREGORY S. WESTON (239944)
2  JACK FITZGERALD (257370)
   888 Turquoise Street
3  San Diego, CA 92109
4  Telephone: (858) 488-1672
   Facsimile: (480) 247-4553
5  greg@westonfirm.com
   jack@westonfirm.com
6
7  BECK & LEE BUSINESS TRIAL LAWYERS
   JARED H. BECK (233743)
8  ELIZABETH LEE BECK (233742)
   Courthouse Plaza Building
9  28 West Flagler Street, Suite 555
   Miami, FL 33130
10 Telephone: (305) 789-0072
   Facsimile: (786) 664-3334
11 jared@beckandlee.com
12 elizabeth@beckandlee.com

13 <u>**Attorneys for Plaintiffs and the Proposed Class**</u>

14          UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| CATS AND DOGS ANIMAL HOSPITAL, INC.; ASTRO APPLIANCE SERVICE; BLEEDING HEART, LLC d/b/a BLEEDING HEART BAKERY; CALIFORNIA FURNISHINGS, INC. d/b/a SOFA OUTLET; CELIBRÉ, INC.; J.L. FERRI ENTERTAINMENT, INC. d/b/a ADULT SOCIALS; LE PETITE RETREAT DAY SPA, LLC; SAN FRANCISCO BAY BOAT CRUISES, LLC d/b/a MERMAIDS CRUISE; WAG MY TAIL, INC.; and ZODIAC RESTAURANT GROUP, INC. d/b/a SCION RESTAURANT, on behalf of themselves and all others similarly situated,<br>                    Plaintiffs,<br>v.<br>YELP! INC.,<br>                    Defendant. | Case No: 2:10-cv-01340-VBF-SS<br>Pleading Type: Class Action<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**<br><br>Judge: The Hon. Valerie Baker Fairbank<br>Action Filed: February 23, 2010 |

---

*Cats and Dogs Animal Hospital, Inc. et al. v. Yelp! Inc.*, Case No. 2:10-cv-01340-VBF-SS
CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for all Plaintiffs, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION |
|---|---|
| Astro Appliance Service | Plaintiff |
| Bleeding Heart, LLC d/b/a Bleeding Heart Bakery | Plaintiff |
| California Furnishings, Inc. d/b/a Sofa Outlet | Plaintiff |
| Celibré, Inc. | Plaintiff |
| J.L. Ferri Entertainment, Inc. d/b/a Adult Socials | Plaintiff |
| Le Petite Retreat Day Spa, LLC | Plaintiff |
| San Francisco Bay Boat Cruises, LLC d/b/a Mermaids Cruise | Plaintiff |
| Wag My Tail, Inc. | Plaintiff |
| Zodiac Restaurant Group, Inc. d/b/a Scion Restaurant | Plaintiff |

DATED: March 15, 2010

Respectfully Submitted,

*/s/ G. Weston*

Gregory S. Weston

THE WESTON FIRM

1

*Cats and Dogs Animal Hospital, Inc. et al. v. Yelp! Inc.*, Case No. 2:10-cv-01340-VBF-SS
CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)

| | |
|---|---|
| 1 | Gregory S. Weston |
| 2 | Jack Fitzgerald |
|   | 888 Turquoise Street |
| 3 | San Diego, CA 92109 |
| 4 | Telephone: (858) 488-1672 |
|   | Facsimile: (480) 247-4553 |
| 5 | |
| 6 | BECK & LEE BUSINESS TRIAL LAWYERS |
| 7 | Jared H. Beck |
|   | Elizabeth Lee Beck |
| 8 | Courthouse Plaza Building |
| 9 | 28 West Flagler Street, Suite 555 |
|   | Miami, FL 33130 |
| 10 | Telephone: (305) 789-0072 |
| 11 | Facsimile: (786) 664-3334 |
| 12 | |
|   | **Attorneys for Plaintiffs and the** |
| 13 | **Proposed Classes** |

2

*Cats and Dogs Animal Hospital, Inc. et al. v. Yelp! Inc.*, Case No. 2:10-cv-01340-VBF-SS
CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)