| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | MICHAEL G. RHODES (116127) |
| 2 | (rhodesmg@cooley.com) |
| | MATTHEW D. BROWN (196972) |
| 3 | (brownmd@cooley.com) |
| | BENJAMIN KLEINE (257225) |
| 4 | (bkleine@cooley.com) |
| | 101 California Street |
| 5 | 5th Floor |
| | San Francisco, CA  94111-5800 |
| 6 | Telephone:   (415) 693-2000 |
| | Facsimile:    (415) 693-2222 |
| 7 | |
| | COOLEY GODWARD KRONISH LLP |
| 8 | SARAH R. BOOT (253658) |
| | (sboot@cooley.com) |
| 9 | 4401 Eastgate Mall |
| | San Diego, CA 92121-1909 |
| 10 | Telephone:  (858) 550-6000 |
| | Facsimile:   (858) 550-6420 |
| 11 | |
| 12 | Attorneys for Defendant |
| | YELP! INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CATS AND DOGS ANIMAL HOSPITAL, INC., et al., on behalf of itself and all others similarly situated, | Case No.  CV 10-01340 VBF(SSx) |
| | **DEFENDANT YELP! INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| Plaintiffs, | |
| v. | Hearing Date: May 3, 2010 |
| YELP! INC., | Hearing Time: 1:30 p.m. |
| Defendant. | Judge: Hon. Valerie Baker Fairbank |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**DEF. YELP'S NOT. OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT
CASE NO.  CV 10-01340 VBF (SSx)**

# NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS MATTER:

PLEASE TAKE NOTICE that on May 3, 2010 at 1:30 p.m., or as soon thereafter as the matter may be heard, pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Yelp! Inc. ("Yelp") will and hereby does move this Court, the Honorable Valerie Baker Fairbank presiding, for an order dismissing with prejudice the First Amended Complaint filed by Plaintiffs in the above-captioned action.

This motion is based on this Notice, the accompanying memorandum of points and authorities, on all other pleadings and papers on file in the above-captioned action, and on such oral and documentary evidence and argument as may be presented at the time of hearing.

This motion is made following the conference of counsel pursuant to Civil Local Rule 7-3. Yelp's counsel contacted Plaintiffs' counsel at both The Weston Firm and Beck & Lee Business Trial Lawyers via telephone on March 26, 2010 and left voicemail messages at both firms to confer regarding this motion. Having not heard back from Plaintiffs' counsel, Yelp's counsel again contacted Plaintiffs' counsel, via e-mail message, on the morning of March 30, 2010. Yelp's counsel and Plaintiffs' counsel conferred via telephone on March 30, 2010.

Dated:   April 1, 2010

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
MATTHEW D. BROWN (196972)
BENJAMIN KLEINE (257225)
SARAH R. BOOT (253658)

/s/ Matthew D. Brown
Matthew D. Brown (196972)
Attorneys for Defendant
YELP! INC.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

DEF. YELP'S NOT. OF MOTION AND MOTION
TO DISMISS FIRST AMENDED COMPLAINT
CASE NO. CV 10-01340 VBF (SSx)